

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00510-CV

Style:                   Giovanny Laguan

                         v. Hillary J. Lloyd and Kimberly A. Lloyd

Date motion filed[*]:     July 19, 2013

Type of motion:        Motion for extension of time to file meritorious response

Party filing motion:     Appellant

Document to be filed:    Response to Court's notice of intent to dismiss for lack of jurisdiction

Is appeal accelerated?     No

If motion to extend time:

       Original due date:            July 22, 2013

       Number of previous extensions granted:     0         Current Due date:  July 22, 2013

       Date Requested:             August 5, 2013

Ordered that motion is:

       ☑       Granted

                 If document is to be filed, document due:  August 5, 2013

              ☑       The Court will not grant additional motions to extend time

       ☐       Denied

       ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

       ☐       Other: _____

Judge's signature:   /s/ Laura C. Higley
                     ☐ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  July 29, 2013